USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
MARIO VALDIVIEZO,                   :
                  Plaintiff,        :   15 Civ. 3902 (AJN)(HBP)
     -against-                      :   ORDER
CAPT. BOYER, GRVC, et al.,          :
                  Defendants.       :
-----------------------------------X

       PITMAN, United States Magistrate Judge:

       This matter has recently been remanded to the District Court by the Court of Appeals, and it appears from the docket sheet that discovery has never been conducted. Because plaintiff is incarcerated, it is impractical to have an in-person conference to discuss scheduling. Accordingly, I propose the following schedule for pretrial proceedings in this matter:

    1. Any motions to amend the pleadings or to join additional parties shall be served and filed no later than February 11, 2019.

    2. All parties shall make all disclosures required by Fed.R.Civ.P. 26(a)(1) no later than February 11, 2019.

    3. All discovery is to be completed no later than June 11, 2019.

    4. If plaintiff intends to rely on the testimony

of an expert witness, he is to make all disclosures required by Fed.R.Civ.P. 26(a)(2) (expert disclosures) no later than April 11, 2019.

5. If defendants intend to rely on the testimony of an expert witness, they are to make all disclosures required by Fed.R.Civ.P. 26(a)(2) (expert disclosures) no later than May 13, 2019.

6. Dispositive motions, if any, shall be served no later than June 28, 2019.

7. The Pretrial Order in the form required by Judge Nathan's rules, along with all other pretrial submissions required by Judge Nathan, shall be filed no later than July 31, 2019 or thirty (30) days after the decision on any dispositive motion, whichever is later.

No later than January 7, 2019, the parties shall advise me in writing whether they object to the proposed schedule. Unless I hear an objection, it is my intention to enter an Order reflecting the dates proposed above.

Dated: New York, New York
December 7, 2018

SO ORDERED

HENRY PITMAN
United States Magistrate Judge

Copy mailed to:

Mr. Mario Valdiviezo
DIN 15 A 2295
Coxsackie Correctional Facility
P.O. Box 999
Coxsackie, New York 12051-0999


Copy transmitted to:

Counsel for Defendants