**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
Mario Valdiviezo,

              Plaintiff,              15 **CIVIL** 3902 (AJN)

     -against-                    **JUDGMENT**

City of New York, et al.,
              Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 29, 2020, Defendants' motion judgment is granted and Valdiviezo's remaining claims are dismissed with prejudice; accordingly, the case is closed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal.

**Dated:**  New York, New York
           May 29, 2020

                                         **RUBY J. KRAJICK**
                                         _____
                                             Clerk of Court
                             **BY:**
                                             **Deputy Clerk**